IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:08-CV-424

| | | |
|---|---|---|
| SYNERGY INVESTMENT GROUP, LLC, | ) ) ) | |
| Petitioner, | ) ) | SYNERGY INVESTMENT GROUP, LLC'S MOTION TO STAY ARBITRATION |
| v. | ) ) | AND/OR MOTION TO COMPEL ARBITRATION IN CHARLOTTE, NORTH CAROLINA |
| PAUL DAVID ISENBERG, | ) ) | |
| Respondent. | ) | |

Petitioner Synergy Investment Group, LLC moves the Court, pursuant to 28 U.S.C. §1332 and Section 4 of the Federal Arbitration Act, 9 U.S.C. § 1 *et seq.*, to stay the arbitration styled *P. David Isenberg v. Synergy Investment Group, LLC*, FINRA-DR Arb. No. 08-00688, which is currently pending before the Financial Industry Regulatory Authority, Dispute Resolution, in Orlando, Florida, and/or to compel arbitration in Charlotte, North Carolina for the reasons stated in Synergy Investment Group, LLC's Brief in Support of its Motion to Stay Arbitration and/or Motion to Compel Arbitration in Charlotte, North Carolina. That Brief is filed contemporaneously with this Motion.

This the 15 day of September, 2008.

TROUTMAN SANDERS LLP

By: /s/ Gavin B. Parsons
    Gavin B. Parsons
N.C. State Bar No. 28013
Attorney for Synergy Investment Group, LLC
434 Fayetteville Street, Suite 1900
Raleigh, North Carolina 27601
Telephone: (919) 835-4107
Facsimile: (919) 829-8715
gavin.parsons@troutmansanders.com

<u>Of Counsel:</u>
Dexter B. Johnson
Mallon & Johnson, P.C.
33 N. Dearborn St., Ste. 300
Chicago, IL 60602
Telephone: (312) 346-8890
Facsimile: (312) 346-8896

## CERTIFICATE OF SERVICE

       I hereby certify that on September 15, 2008, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system and that I served this document upon the attorney of record in the underlying arbitration by depositing a copy thereof in the United States Mail, postage prepaid, and addressed as follows

       Neal J. Blaher
       Allen, Dyer, Doppelt,
       Milbrath & Gilchrist, P.A.
       P.O. Box 3791
       Orlando, Florida 32802-3791

       By: /s/ Gavin B. Parsons
           Gavin B. Parsons
       N.C. State Bar No. 28013
       TROUTMAN SANDERS LLP
       434 Fayetteville Street, Suite 1900
       Raleigh, North Carolina 27601
       Telephone: (919) 835-4107
       Facsimile: (919) 829-8715
       gavin.parsons@troutmansanders.com