IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Case No. 3:08-CV-424

SYNERGY INVESTMENT GROUP, LLC, )
        Petitioner, )
)
v. )
)
PAUL DAVID ISENBERG, )
        Respondent. )
)

ORDER GRANTING MOTION FOR
SPECIAL ADMISSION TO THIS COURT

THIS CAUSE came before the Court on the Motion For Special Admission to this Court filed by Neal J. Blaher, Esquire. Upon consideration thereof, it is hereby

ORDERED and ADJUDGED that

Counsel's Motion is granted, and Neal J. Blaher, Esquire is specially admitted to this Court to represent the Respondent in the above-captioned matter. This Special Admission is for this case only and does not constitute formal admission to the Bar of this Court.

SO ORDERED.

Signed: December 5, 2008

*(signature: Carl Horn, III)*

Carl Horn, III
United States Magistrate Judge